584

574 A.2d 600

**James L. SPOONER, d/b/a The Bentley Club, Ltd., et al.**

v.

**SECRETARY OF the COMMONWEALTH OF PENNSYLVANIA, Department of Labor and Industry, et al., Appellants.**

Supreme Court of Pennsylvania.

Argued May 7, 1990.

Decided May 23, 1990.

Michael L. Harvey, Calvin R. Koons, Deputy Attys. Gen., for appellants.

Michael A. Dillon, Philadelphia, William R. Balaban, Michael D. Rentschler, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.